**IN THE UNITED STATED DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

NANCY OSTROW and DOUGLAS OSTROW, her husband
Plaintiffs,

vs.

VERIZON PENNSYLVANIA LLC
Defendants.

**TYPE OF PLEADING:**

Notice of Removal

**FILED ON BEHALF OF:**

Verizon Pennsylvania LLC

**COUNSEL OF RECORD FOR THIS PARTY:**

Brian L. Calistri, Esquire
Pa. I.D. No. 59061

**WEBER GALLAGHER SIMPSON STAPLETON FIRES & NEWBY, LLP**
2000 Market Street, Suite 1300
Philadelphia, PA 19103

(215) 972-7900 - - Telephone
(215) 564-7699 - - Facsimile

**IN THE UNITED STATED DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NANCY OSTROW and DOUGLAS OSTROW, her husband<br>Plaintiffs, | : | CIVIL ACTION<br><br>NO.: |
| vs. | : | **NOTICE OF REMOVAL** |
| VERIZON PENNSYLVANIA LLC<br>Defendant. | : | |

Pursuant to 28 U.S.C. §1441, Verizon Pennsylvania LLC petitions this Court to remove this action from the Court of Common Pleas of Allegheny County, Pennsylvania to the United States District Court for the Western District of Pennsylvania and in support thereof aver as follows:

1. Plaintiffs, Nancy Ostrow and Douglas Ostrow commenced this action docketed at GD-20-002223 in the Court of Common Pleas of Allegheny County, Pennsylvania by filing a Complaint on or about February 10, 2020. A true and correct copy of Plaintiffs' Complaint is attached hereto as Exhibit "A".

2. Petitioner, Verizon Pennsylvania LLC was served with Plaintiffs' Civil Action Complaint via certified mail on February 18, 2020.

3. Plaintiffs were, at the time this action was commenced, and upon information and belief, still are, citizens of the Commonwealth of Pennsylvania.

4. Petitioner, Verizon Pennsylvania LLC was, at the time this action was commenced, and still is a limited liability corporation.

5. Verizon Pennsylvania LLC's sole member is Verizon Communications, Inc. which was organized in the State of Delaware and has its principal place of business in the State of New York.

6. Accordingly, Verizon Pennsylvania LLC is not a "citizen" of the Commonwealth of Pennsylvania but is, rather, a "citizen" of the State of Delaware and the State of New York.

7. Upon information and belief, Plaintiffs' Complaint seeks damages in excess of $75,000.

8. This Petition is timely as it is being filed within thirty (30) days of service of the Plaintiff's Complaint.

9. This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1332 since the parties are and have been citizens of different states and the matter in controversy in this civil action exceeds the sum or value of $75,000, exclusive of interest and costs.

10. This action may therefore be removed to this Court pursuant to the provisions of 28 U.S.C. §1441.

11. Promptly after the filing of this Petition, Petitioners are providing notice of this Notice of Removal to Plaintiff and to the Court of Common Pleas of Allegheny County, Pennsylvania.

**WHEREFORE**, Petitioner, Verizon Pennsylvania LLC prays that the above-captioned matter now pending in the Court of Common Pleas of Allegheny County be removed to the United States District Court for the Western District of Pennsylvania.

Respectfully submitted,

**WEBER GALLAGHER SIMPSON STAPLETON FIRES & NEWBY, LLP**

By: ______________________

Brian L. Calistri, Esquire
Attorneys for Defendant,
*Verizon Pennsylvania LLC*

Date: 3/2/20

**CERTIFICATE OF SERVICE**

I, Brian L. Calistri, Esquire, hereby certify that on this 2nd day of ~~February~~ March BLC, 2020, I caused to be served a true and correct copy of the foregoing Notice of Removal upon the following counsel of record via regular mail:

David I. Ainsman, Esquire
Ainsman Levine, LLC
310 Grant Street, Suite 1500
Pittsburgh, PA 15219

Brian L. Calistri