IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NANCY OSTROW and | : | Case No.: 2:20-cv-00304-AJS |
| DOUGLAS OSTROW, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| VERIZON PENNSYLVANIA, LLC, | : | |
| | : | |
| Defendant. | | |

## RULE 41 STIPULATION TO DISMISS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties hereby stipulate to the voluntary dismissal of all claims by the plaintiffs in this action and to the entry of a final judgment of dismissal, with prejudice, operating as an adjudication on the merits, without costs or fees to any party.

CONSENTED TO:

/s/ *David Ainsman, Esquire*
AINSMAN LEVINE, LLC
David Ainsman, Esquire
310 Grant Street, 15th Floor
Pittsburgh, PA 15219
da@ainsmanlevine.com
Phone: (412) 338-9030
Fax: (412) 338-9167
*Attorney for Plaintiffs Nancy Ostrow*
*and Douglas Ostrow*

/s/ *Brian Calistri, Esquire*
WEBER GALLAGHER
Brian Calistri, Esquire
2000 Market Street
Suite 1300
Philadelphia, PA 19103
bcalistri@wglaw.com
Phone: 215-972-7900
Fax: 215-564-7699
*Attorney for Defendant Verizon*

**DATED: APRIL 27, 2020**

{AL635393.1}